IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH WILBORN, )
)
      Plaintiff, )
)
vs. ) Case No.   13-cv-176-SCW
)
MARVIN POWERS, NIGEL VINYARD, )
LOUIS SHICKER, and MICHAEL )
DEMPSEY, )
)
      Defendants.

## JUDGMENT IN A CIVIL CASE

**WILLIAMS, Magistrate Judge:**

Defendant LOUIS SHICKER, in his official capacity, was terminated and substituted for acting medical director MICHAEL DEMPSEY on July 6, 2016 (Doc. 215).

The remaining issues came before this Court for bench trial.  This issues have been tried and the Court has rendered its memorandum and order on the merits (Doc. 251).  The Court's memorandum and order finds in favor of Defendant NIGEL VINYARD and against Plaintiff JOSEPH WILBORN.  The Order also finds in favor of Plaintiff JOSEPH WILBORN and against MARVIN POWERS in the amount of $20,000 in compensatory damages and $20,000 in punitive damages.  The Court also awarded a permanent injunction against Defendant MICHAEL DEMPSEY in his official capacity as medical director for the Illinois Department of Corrections.

Therefore, judgment is entered in favor of Defendant NIGEL VINYARD and Plaintiff JOSEPH WILBORN.  Judgement is entered in favor of Plaintiff JOSEPH

WILBORN and against Defendant MARVIN POWERS in the amount of $20,000 (twenty thousand dollars) in compensatory damages and $20,000 (twenty thousand dollars) in punitive damages, for a total of $40,000 (forty thousand dollars).  Judgment is also entered in favor of Plaintiff JOSEPH WILBORN and against Defendant MICHAEL DEMPSEY, in his official capacity, in the form of a permanent injunction directing DEMPSEY to order and ensure that Plaintiff is given an MRI of his right shoulder and referred and evaluated by an independent, orthopedic surgeon within thirty (30) days of the date of this judgment.

      The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

    **DATED: March 31, 2017**

            **Justine Flanagan, Acting Clerk**
            **By:** *Angie Vehlewald*
                **Deputy Clerk**


**Approved by:**     */s/ Stephen C. Williams*
                      **STEPHEN C. WILLIAMS**
                      **United States Magistrate Judge**